**Frank J. Weiss**, OSB No. 991369
  Direct Dial:  503.802.2051
  Direct Fax:  503.972.3751
  Email:  frank.weiss@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204

  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BMF WASHINGTON, LLC**, a Washington limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD ROBINSON**,<br><br>Defendant. | Civil No. 3:17-CV-1766<br><br>**COMPLAINT (Breach of Guaranty)**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff BMF Washington, LLC ("Plaintiff") alleges as follows:

**INTRODUCTION**

1.

This is an action to enforce an unconditional personal guaranty.

/ / /

/ / /

PAGE 1 -  COMPLAINT

## PARTIES

### 2.

Plaintiff is a Washington limited liability corporation with its principal place of business in King County.

### 3.

Defendant Donald Robinson ("Defendant") is an individual residing in Canada.

## JURISDICTION AND VENUE

### 4.

For jurisdictional purposes, Plaintiff is a citizen of Washington and Defendant is a citizen of a foreign state and the amount in controversy is in excess of $75,000, exclusive of interest and costs.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.

### 5.

Venue is appropriate in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the events or omissions giving rise to the claim occurred here.

## UNDERLYING FACTS

### 6.

Pursuant to a Substitute Promissory Note dated November 2, 2016 (the "Note"), GL Management, Inc., Golden Leaf Holdings Ltd. And Greenpoint Equipment Leasing, LLC (collectively "Makers") agreed to pay to Plaintiff the sum of $1,500,000, plus interest thereon, due and payable on January 2, 2017.  A true and correct copy of the Note is attached hereto as Exhibit 1.

### 7.

Defendant executed an Unconditional Guaranty dated November 2, 2016, in which he unconditionally, absolutely and irrevocably guaranteed the due and punctual payment of the Note, together with the interest due thereon.  A true and correct copy of the Unconditional Guaranty is attached hereto as Exhibit 2.

PAGE 2 -  COMPLAINT

8.

Makers have breached the terms of the Substitute Promissory Note by reason of their failure to pay the principal balance and accrued interest, costs and fees when due. As of August 21, 2017, $1,710,876.82 was due and owing, inclusive of interest, and interest continues to accrue.

9.

Interest continues to accrue on the principal balance and all other amounts due under the Note, at the default rate of 18% per annum, until paid in full.

## CAUSE OF ACTION

(Breach of Guaranty)

10.

Plaintiff incorporates and realleges the allegations of paragraphs 1-9 above.

11.

Plaintiff has performed all conditions, covenants, and obligations required of it under the Unconditional Guaranty except for those which have been excused, waived or which Defendant is estopped from asserting. Despite demand, Defendant has failed to honor the Unconditional Guaranty by paying the amounts due under the Note.

12.

Under the terms of the Unconditional Guaranty, Plaintiff is entitled to recover the entire amount due under the Note from Defendant with no obligation to attempt to collect from Makers, and Defendant is responsible for all legal fees and other costs and expenses incurred in connection with collecting amounts due, or enforcing the terms of, the Unconditional Guaranty.

/ / /

/ / /

/ / /

/ / /

PAGE 3 -  COMPLAINT

WHEREFORE, Plaintiff prays for judgment as follows:

1.    For a judgment in the amount of $1,710,876.82, plus additional interest accrued thereon;

2.    Its reasonable attorney's fees, costs and expenses incurred herein;

3.    Such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial before a jury on all issues so triable.

DATED:  November 3, 2017.

TONKON TORP LLP

By:    */s/ Frank J. Weiss*
Frank J. Weiss, OSB No. 991369
Attorney for Plaintiff

PAGE 4 -  COMPLAINT